UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| LEAFLY HOLDINGS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONAL CONCESSIONS GROUP, INC.<br><br>            Defendant. | Case No. 2:13-cv-2324-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff Leafly Holdings, Inc., and Defendant National Concessions Group, Inc., through their counsel of record, having fully and finally settled this matter, that the above-captioned action be dismissed pursuant to Fed. R. Civ. P. 41(a)(1). The parties further stipulate that all claims and counterclaims asserted by the parties be dismissed with prejudice, with the exception of Defendant's counterclaim seeking a declaration of invalidity (Fourth Claim for Relief) which shall be dismissed *without* prejudice, each party to bear its own costs.

DATED: November 5, 2014                     */s/ Christopher Durbin*
                                                              Christopher B. Durbin (WSBA #41159)
                                                              COOLEY LLP
                                                              1700 Seventh Ave., Suite 1900
                                                              Seattle, WA  98101-1355
                                                              Tel.: (206) 452-8700
                                                              Fax: (206) 452-8800
                                                              Email: cdurbin@cooley.com

**STIPULATION & ORDER OF DISMISSAL**
**CASE NO. 2:13-CV-2324-RSM**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA  98101
(206) 452-8700

Attorneys for Plaintiff LEAFLY HOLDINGS, INC.

DATED: November 5, 2014

*/s/ Chad Nitta*
Chad T. Nitta (*pro hac vice*)
Blair E. Kanis (*pro hac vice*)
KUTAK ROCK LLP
1801 California Street, Suite 3100
Denver, CO  80202
Tel:     (303) 297-2400
Fax:    (303) 292-7799
Email: chad.nitta@kutakrock.com
Email: blair.kanis@kutakrock.com

Attorneys for DEFENDANT NATIONAL CONCESSIONS GROUP, INC.

**ORDER**

The Court having been notified of the settlement of this case, it appearing that no issue remains for the court's determination, and based on the parties' stipulation,

IT IS ORDERED that (1) this action is DISMISSED pursuant to Fed. R. Civ. P. 41(a)(1), (2) Defendant's counterclaim seeking a declaration of invalidity (Fourth Claim for Relief) is DISMISSED *without* prejudice, (3) all other claims and counterclaims asserted by the parties are DISMISSED *with* prejudice, and (4) each party shall bear its own costs.

Dated: November 6, 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**STIPULATION & ORDER OF DISMISSAL**
**CASE NO. 2:13-CV-2324-RSM**

2.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA  98101
(206) 452-8700